**FILED**
September 25, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:07MJ00214-KJM
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
JUAN ENRIQUE RUIZ-CARO, )
)
Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  JUAN ENRIQUE RUIZ-CARO , Case No. 2:07MJ00214-KJM , Charge 21USC § 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__  Release on Personal Recognizance

✓  Bail Posted in the Sum of $ 15000.00

__  Unsecured Appearance Bond

__  Appearance Bond with 10% Deposit

__  Appearance Bond with Surety

__  Corporate Surety Bail Bond

✓  (Other)   Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  September 25, 2007  at  2:00 pm .

By   /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court