1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  NED SMOCK, Bar #236238
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  JUAN ENRIQUE RUIZ-CARO

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,      ) No. 2:07-cr-0450 FCD
                                  )
11              Plaintiff,        )
                                  ) STIPULATION AND ORDER
12      v.                        )
                                  )
13 JUAN ENRIQUE RUIZ-CARO,        ) Date: December 3, 2007
                                  ) Time: 10:00 A.M.
14                                ) Judge: Hon. Frank C. Damrell, Jr.
                                  )
15              Defendant.        )
   _____
16
        IT IS HEREBY STIPULATED by and between the parties hereto through
17
   their respective counsel, Phillip Talbert, Assistant United States
18
   Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal
19
   Defender, attorney for defendant, that the current Status Conference
20
   for October 29, 2007 be vacated and a new date of December 3, 2007 at
21
   10:00 a.m. be set for status.
22
        The government has indicated that discovery will be provided in
23
   short order.  Once the discovery is received, the defense will need
24
   time to review it and perform investigation.
25
        It is further stipulated and agreed between the parties that the
26
   period beginning October 29, 2007 to December 3, 2007, should be
27
   excluded in computing the time within which the trial of the above
28

criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: October 25, 2007

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

_____/S/NED SMOCK_____
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
JUAN ENRIQUE RUIZ-CARO

MCGREGOR W. SCOTT
United States Attorney

Dated: October 25, 2007

/s/s Ned Smock for PHILLIP TALBERT
PHILLIP TALBERT
Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: October 26, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2