DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN ENRIQUE RUIZ-CARO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-0450 FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| JUAN ENRIQUE RUIZ-CARO, ) | Date: January 22, 2008 |
| ) | Time: 10:00 A.M. |
| ) | Judge: Hon. Frank C. Damrell, Jr. |
| ) | |
| Defendant. ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Phillip Talbert, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current Status Conference for December 3, 2007 be vacated and a new date of January 22, 2008 be set for status.

    The government has provided an initial batch of discovery.  The defense is reviewing that discovery.  In addition, the defense has requested and is awaiting additional discovery.

    It is further stipulated and agreed between the parties that the period beginning December 3, 2007 to January 22, 2008, should be excluded in computing the time within which the trial of the above

criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: November 30, 2007

                                        Respectfully submitted,

DANIEL BRODERICK
Federal Defender


          /S/NED SMOCK
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
JUAN ENRIQUE RUIZ-CARO


MCGREGOR W. SCOTT
United States Attorney

Dated:   November 30, 2007

/s/s Ned Smock for PHILLIP TALBERT
PHILLIP TALBERT
Assistant U.S. Attorney


**IT IS SO ORDERED.**

DATED: November 30, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE