DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN ENRIQUE RUIZ-CARO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-07-450 FCD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER MODIFYING RELEASE BOND |
| JUAN ENRIQUE RUIZ-CARO, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Phillip Talbert, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, as follows:

    1.  Mr. Ruiz-Caro first appeared on September 19, 2007.  A detention hearing was held on September 25, 2007.  Magistrate Judge Gregory G. Hollows ordered Mr. Ruiz-Caro released on a $75,000 bond secured by a home owned by his aunt, Rosa Tavares.  Ms. Tavares signed an agreement to forfeit property that day, and Mr. Ruiz-Caro was released from custody.  Mr. Ruiz-Caro has been supervised by United States Pretrial Officer Steve Sheehan.  Mr. Ruiz-Caro has fully complied with the conditions of his release and has maintained regular

1  contact with Mr. Sheehan.

2       2.  Mr. Ruiz-Caro's aunt, Ms. Tavares, is seeking to perform work
3  on her house and needs to borrow on the value of the home.  A different
4  aunt and uncle of Mr. Ruiz-Caro, Sylvia and Sergio Santillan, own a
5  different property that they would like to post.  That property is
6  unencumbered and has sufficient equity to cover the $75,000 secured
7  bond.  The defense has already performed a title search and appraisal
8  confirming this.  Mr. Sheehan spoke with Sylvia Santillan and has
9  agreed to the change.  The government is also in agreement that the
10 modification, changing the secured bond to Mr. and Mrs. Santillan, is
11 appropriate.  The government has reviewed and approved the bail
12 paperwork.

13      6.  All other conditions of the bond, including Pretrial Services
14 supervision and third-party custody, shall remain in force.

                                       Respectfully submitted,

                                       DANIEL BRODERICK
                                       Federal Defender


Dated: December 7, 2007                /s/ Ned Smock
                                       NED SMOCK
                                       Assistant Federal Defender
                                       Attorney for JUAN RUIZ-CARO


                                       McGREGOR SCOTT
                                       United States Attorney


Dated: December 7, 2007                /s/ Ned Smock for Phillip Talbert
                                       PHILLIP TALBERT
                                       Assistant U.S. Attorney

**O R D E R**

1. The above stipulation is adopted. Mr. Ruiz-Caro's release shall continue on the terms previously set by the magistrate judge, with the following modification: the $75,000 bond to be secured upon the property of Rosa Tavares will be substituted with the property owned by Sergio and Sylvia Santillan.

2. The Clerk is directed to release any liens filed against Ms. Tavares' real property once the bond paperwork is filed.

IT IS SO ORDERED.

Dated: December 10, 2007.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE