```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  NED SMOCK, Bar #236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

    Attorney for Defendant
 6  JUAN ENRIQUE RUIZ-CARO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-cr-0450 FCD |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND ORDER |
| v. | ) |
|  | ) |
| JUAN ENRIQUE RUIZ-CARO, | ) Date: February 19, 2008 |
|  | ) Time: 10:00 A.M. |
|  | ) Judge: Hon. Frank C. Damrell, Jr. |
|  | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Phillip Talbert, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current Status Conference for January 22, 2008 be vacated and a new date of February 19, 2008 be set for status. The government has indicated that it is about to turn over audio and video evidence. Once that material is turned over, the defense will need time to review it and perform follow-up investigation.

It is further stipulated and agreed between the parties that the period beginning January 22, 2008 to February 19, 2008, should be excluded in computing the time within which the trial of the above

criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: January 18, 2008

                                    Respectfully submitted,

                                    DANIEL BRODERICK
                                    Federal Defender

                                    /S/NED SMOCK
                                    NED SMOCK
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    JUAN ENRIQUE RUIZ-CARO

                                    MCGREGOR W. SCOTT
                                    United States Attorney

Dated:   January 18, 2008

                                    /s/s Ned Smock for PHILLIP TALBERT
                                    PHILLIP TALBERT
                                    Assistant U.S. Attorney

                                  **ORDER**

**IT IS SO ORDERED.**

DATED: January 18, 2008

                                FRANK C. DAMRELL, JR.
                                UNITED STATES DISTRICT JUDGE