DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN ENRIQUE RUIZ-CARO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-450 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| JUAN ENRIQUE RUIZ-CARO, | ) | Date: March 17, 2008 |
| | ) | Time: 10:00 A.M. |
| | ) | Judge: Hon. Frank C. Damrell, Jr. |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Phillip Talbert, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current Status Conference for February 19, 2008 be vacated and a new date of March 17, 2008, at 10:00 a.m. be set for status. The government recently turned over audio and video evidence. The defense needs time to review that with the defendant and to perform follow-up investigation.

It is further stipulated and agreed between the parties that the period beginning February 19, 2008 to March 17, 2008, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act

for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: February 14, 2008

                                            Respectfully submitted,

                                            DANIEL BRODERICK  
                                            Federal Defender

                                                /S/NED SMOCK  
                                            NED SMOCK  
                                            Assistant Federal Defender  
                                            Attorney for Defendant  
                                            JUAN ENRIQUE RUIZ-CARO

                                            MCGREGOR W. SCOTT  
                                            United States Attorney

Dated:   February 14, 2008

                                            /s/s Ned Smock for PHILLIP TALBERT  
                                            PHILLIP TALBERT  
                                            Assistant U.S. Attorney

                                                    **ORDER**

**IT IS SO ORDERED.**

DATED: February 15, 2008

                                            FRANK C. DAMRELL, JR.  
                                            UNITED STATES DISTRICT JUDGE