```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  NED SMOCK, Bar #236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  JUAN ENRIQUE RUIZ-CARO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-07-450 FCD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| JUAN ENRIQUE RUIZ-CARO, | ) | Date: May 5, 2008 |
| | ) | Time: 10:00 A.M. |
| | ) | Judge: Hon. Frank C. Damrell, Jr. |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Phillip Talbert, Assistant United States Attorney, attorney for plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current Status Conference for March 17, 2008 be vacated and a new date of May 5, 2008 be set for status. Defense counsel has been reviewing discovery and meeting with the defendant. Additional time is needed to investigate based upon the discovery review and discussions with the defendant.

It is further stipulated and agreed between the parties that the period beginning March 17, 2008 to May 5, 2008, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for

1  defense preparation.  All parties stipulate and agree that this is an
2  appropriate exclusion of time within the meaning of Title 18, United
3  States Code, Section 3161(h)(8)(iv) (Local Code T4).

5  Dated: March 13, 2008

                                    Respectfully submitted,

                                    DANIEL BRODERICK
                                    Federal Defender


                                         /S/NED SMOCK
                                    NED SMOCK
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    JUAN ENRIQUE RUIZ-CARO


                                    MCGREGOR W. SCOTT
                                    United States Attorney

14 Dated:   March 13, 2008
                                    /s/s Ned Smock for PHILLIP TALBERT
                                    PHILLIP TALBERT
                                    Assistant U.S. Attorney


        **IT IS SO ORDERED.**

DATED: March 14, 2008

                                    _____
                                    HONORABLE FRANK C. DAMRELL, JR.
                                    District Court Judge

2