DANIEL BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #1559267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JUAN ENRIQUE RUIZ-CARO


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-0450 FCD |
| ) | |
| Plaintiff, ) | |
| ) | **AMENDED** STIPULATION AND ORDER TO |
| v. ) | CONTINUE STATUS CONFERENCE |
| ) | |
| JUAN ENRIQUE RUIZ-CARO, ) | Date: August 18, 2008 |
| ) | Time: 10:00 A.M. |
| ) | Judge: Hon. Frank C. Damrell, Jr. |
| ) | |
| Defendant. ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Phillip Talbert, Assistant United States Attorney, attorney for plaintiff, and Caro Marks, Assistant Federal Defender, attorney for defendant, that the current Status Conference on July 14, 2008 be vacated and a new date of August 18, 2008 be set for status.  The defendant is ill and is undergoing hospital tests to determine a liver problem. While defense counsel has had the discovery read to the defendant in Spanish, the defense needs more time, especially given the defendant's illness, to prepare the case and ascertain how to resolve it.

    It is further stipulated and agreed between the parties that the period beginning July 14, 2008 to August 18, 2008, should be excluded

1  in computing the time within which the trial of the above criminal
2  prosecution must commence for purposes of the Speedy Trial Act for
3  defense preparation.  All parties stipulate and agree that this is an
4  appropriate exclusion of time within the meaning of Title 18, United
5  States Code, Section 3161(h)(8)(iv) (Local Code T4).

7  Dated: July 9, 2008

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender


                                         /S/CARO MARKS
                                        CARO MARKS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JUAN ENRIQUE RUIZ-CARO


                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated:  July 9, 2008
                                        /s/s Caro Marks for Phillip TALBERT
                                        Phillip TALBERT
                                        Assistant U.S. Attorney


**O R D E R**

   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
ordered that the July 14, 2008, status conference hearing be continued
to August 18, 2008, at 10:00 a.m.  Based on the representation of
defense counsel and good cause appearing there from, the Court hereby
finds that the failure to grant a continuance in this case would deny
defense counsel reasonable time necessary for effective preparation,
taking into account the exercise of due diligence.  The Court finds
that the ends of justice to be served by granting a continuance

outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that the time up to, and including, the August 18, 2008 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Codes T-4 and E, to allow defense counsel reasonable time to prepare.

Dated: July 10, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE