1   DANIEL BRODERICK, Bar #89424
    Federal Defender
2   CARO MARKS, Bar #159267
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    JUAN ENRIQUE RUIZ-CARO
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,        )  Cr-S-07-450 FCD
                                     )
13                  Plaintiff,       )        **AMENDED**
                                     )  WAIVER OF DEFENDANT'S PRESENCE
14        v.                         )
                                     )
15  JUAN ENRIQUE RUIZ-CARO,          )
                                     )
16                  Defendant.       )
                                     )
17  _____ )

18

19       Pursuant to Rule 43 of the Federal Rules of Criminal Procedure,

20  the defendant, JUAN ENRIQUE RUIZ-CARO, hereby waives the right to be

21  present in person in open court upon the hearing of any motion or other

22  proceeding in this case, including, but not limited to, when the case

23  is set for trial, when a continuance is ordered, and when any other

24  action is taken by the court before or after trial, except upon

25  arraignment, plea, impanelment of jury and imposition of sentence.

26  Defendant hereby requests the Court to proceed during every absence of

27  his which the Court may permit pursuant to this waiver; agrees that his

28  interests will be deemed represented at all times by the presence of

1  his attorney, the same as if defendant were personally present; and

2  further agrees to be present in court ready for trial any day and hour

3  the Court may fix in his absence.

4      Defendant further acknowledges that he has been informed of his

5  rights under Title 18 U.S.C. §§3161-3174 (Speedy Trial Act), and

6  authorizes his attorney to set times and delays under that Act without

7  defendant being present.

8

9  Dated: August 15, 2008              /s/ Juan Enrique Ruiz-Caro

10                                     JUAN ENRIQUE RUIZ-CARO (Defense
                                       counsel Maintains the defendant's
11                                     original Signature on file)

12

   I agree with and consent to my client's waiver of appearance.
13

14  Dated: August 15, 2008

                                        /s/ Caro Marks
15                                     CARO MARKS
                                       Assistant Federal Defender
16                                     Attorney for Defendant
                                       JUAN ENRIQUE RUIZ-CARO
17

18
   IT IS SO ORDERED.
19
   Dated: August 15, 2008
20

21                                     FRANK C. DAMRELL, JR.
                                       UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

2