```
1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #1559267
   Assistant Federal Defender
3  Senior Litigator
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   JUAN ENRIQUE RUIZ-CARO
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-07-0450 FCD |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE |
| JUAN ENRIQUE RUIZ-CARO, | ) Date: October 20, 2008<br>) Time: 10:00 A.M.<br>) Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd Leras, Assistant United States Attorney, attorney for plaintiff, and Caro Marks, Assistant Federal Defender, attorney for defendant, that the current Status Conference on September 15, 2008 be vacated and a new date of October 20, 2008 be set for status conference. The reason for this request is to allow defense counsel additional time to  meet with the defendant. A meeting was scheduled for September 8, 2008, but defense counsel had an unanticipated, emergency court appearance and returned from court too late to meet the defendant, who had to leave her office to pick up his children. Defense counsel needs additional time to review the government's offer with the defendant and ascertain whether this case

1 will resolve by plea or trial.

2     It is stipulated and agreed between the parties that the period
3 beginning on the date of the signing of this Order to October 20, 2008,
4 should be excluded in computing the time within which the trial of the
5 above criminal prosecution must commence for purposes of the Speedy
6 Trial Act for defense preparation.  All parties stipulate and agree
7 that this is an appropriate exclusion of time within the meaning of
8 Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4),
9 for preparation of counsel.

11 Dated: September 12, 2008

                                   Respectfully submitted,

                                   DANIEL BRODERICK
                                   Federal Defender

                                   /S/CARO MARKS
                                   CARO MARKS
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   JUAN ENRIQUE RUIZ-CARO

                                   MCGREGOR W. SCOTT
                                   United States Attorney

20 Dated:  September 12, 2008
                                   /s/ Caro Marks for Todd Leras
                                   TODD LERAS
                                   Assistant U.S. Attorney

24 ///
25 ///
26 ///
27 ///
28 ///

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the September 15, 2008, status conference hearing be continued to October 20, 2008, at 10:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that the time up to, and including, the October 20, 2008 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Codes T-4 and E, to allow defense counsel reasonable time to prepare.

Dated: September 12, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE