DANIEL BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN ENRIQUE RUIZ-CARO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr-S-07-450 FCD |
| Plaintiff, | **REQUEST FOR ORDER AND ORDER EXONERATING BOND** |
| v. | |
| JUAN ENRIQUE RUIZ-CARO, | |
| Defendant. | Judge: Hon. Frank C. Damrell, Jr. |

On September 25, 2007, the court set bail for defendant, Juan Enrique Ruiz-Caro in the amount of $75,000, by an appearance bond signed by defendant's aunt secured by property in Gridley, California.

On December 4, 2008, the magistrate judge ordered Mr. Ruiz-Caro detained after a pretrial release violation. Mr. Ruiz-Caro is now in custody of the U.S. Marshal at Sacramento County Jail pending resolution of this case.

Because he is now in custody, he asks that the bond securing his release be exonerated and that real property securing the bond be reconveyed. Counsel for the United States has advised defense counsel

that the government does not object to this order exonerating bond.

A proposed order is attached for the Court's convenience.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: December 5, 2008        /s/ Matthew C. Bockmon
                               MATTHEW C. BOCKMON
                               Assistant Federal Defender
                               Attorney for JUAN ENRIQUE RUIZ-CARO

**O R D E R**

The bond in the above case is exonerated. The Clerk of the Court shall immediately reconvey to its owner the real property pledged to secure the bond.

IT IS SO ORDERED.

Dated: December 5, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2