UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:07-cr-00450-GEB |
| Plaintiff, | |
| v. | **ORDER** |
| JUAN ENRIQUE RUIZ-CARO, | |
| Defendant. | |

Defendant Juan Enrique Ruiz-Caro filed, in pro per, a motion for the modification of his sentence under 18 U.S.C. section 3582(c)(2). (ECF No. 72.) The Office of the Federal Defender filed a notice stating it "will not file a supplement to defendant's pro se motion." (ECF No. 74.)

The government shall file a written response to Defendant's motion no later than sixty days following the date of this Order.

Dated:  February 17, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge

1