1

2

3

4                    UNITED STATES DISTRICT COURT

5                    EASTERN DISTRICT OF CALIFORNIA

6

7   UNITED STATES OF AMERICA,          No. 2:07-cr-00450-GEB-CMK

8              Plaintiff,

9        v.                            **ORDER**

10  JUAN ENRIQUE RUIZ-CARO,

11

12             Defendant.

13          Juan Enrique Ruiz-Caro, a federal prisoner convicted

14  under a statute prescribing a 10 year mandatory minimum sentence,

15  moves for reduction of his prison sentence under 18 U.S.C. § 3582

16  and Amendment 782 to the Sentencing Guidelines, which generally

17  revised the Drug Quantity Table in U.S.S.G. § 2D1.1 downward by

18  two levels. The United States opposes the motion arguing, *inter*

19  *alia*, that Ruiz-Caro is not entitled to a reduction because his

20  sentence was not based on a sentencing range that has

21  subsequently been lowered by the Sentencing Commission, but

22  rather, was based on the 10 year statutory mandatory minimum

23  sentence. The United States is correct; the referenced mandatory

24  minimum sentence was not affected by the change in the Amendment

25  on which Ruiz-Caro relies. Therefore, the motion is denied.

26  Dated:  March 8, 2016

27

28
                                    _____
                                    GARLAND E. BURRELL, JR.
                                    Senior United States District Judge